All right, we call the last case for the afternoon, Burleigh v. James, et al. Good afternoon, Mr. Cooper. Okay, Mr. Cooper, when you're ready. Thank you, Your Honor. Good afternoon. May it please the Court, Mike Cooper on behalf of the appellants. Your Honor, this case presents an issue of classification, the issue being whether my client, Kenneth James, was an employee or an independent contractor with respect to the United States government when he was driving a government-owned bus full of active duty soldiers, about 40 of them, from the Fort Polk Army Base en route to the Military Charter Airport, which is a straight shot about 20 or 30 miles down the road. He was en route, allegedly turned left in front of Mr. Burleigh, causing the accident. And so, Your Honors, it seems that everyone has kind of cited the same factors in terms of what everyone needs to look at to make the determination about whether Mr. James is an employee or not, and so I'd like to go ahead and just jump right in to what everyone seems to recognize as the most critical factor, which is whether the government had the authority or the power to control the details of that work. And I'm emphasizing those words on purpose. Was there a contract between the government and the principal contractor and also James' employer? Your Honor, this is a contract that I haven't ever seen before, so my understanding of the way it works is the actual written contract was between the government and DST. And then attached to that contract was what's called a performance work statement, which by its own terms applies to the contractor, the prime contractor, DST, and whatever subcontractors hired by DST, which would be LBM and LBM's direct employee, Mr. James. And what does that speak to as far as employer-employee relationship? Well, Your Honor, certainly a factor. I mean, one of the factors of the 11 ones is I think of the 10, quote, other factors in addition to the most critical one is what did the parties contract about and what did they say, and there's no doubt about it that the performance work statement is a critical piece of evidence. I mean, both sides cited for their position. Are you talking about the dismissal with prejudice part, not the remand part of the case? I am talking about – I'm not sure I quite understand your question. Oh, yes, the dismissal with prejudice part. Thank you. Now I got you. You're not – are you going to argue about the remand being improper today or not? You know, I would invite questions on it. That's not what your argument is going to be about. It's going to be about the dismissal with prejudice. Correct. Okay. Thank you, Your Honor. To get back to Judge Davis's comment on the performance work statement, I want to go ahead and address that. Okay. There's no doubt that's a critical piece of evidence. Judge Drell in the underlying decision quoted it heavily. The appellees quoted it heavily. And, you know, I kind of refer to it as the playbook, kind of the rules of the road for how Mr. James and LBM were to do their work out at Fort Polk. And so one of the things, some of the favorite provisions, I want to go ahead and address these straight up front, that are quoted by Judge Drell in the underlying decision and quoted by appellees are some rather conclusory introductory sentences, I'll call them, that sound pretty bad at first for my position. For example, Section 1.1 of the performance work statement, this is a favorite one that's cited by the underlying court and the appellees. It's kind of the scope of work paragraph. This kind of launches the contract that tells everyone the rules of the road or, you know, what the contract's about. And it says, The contractor, which is defined to include LBM and Kenneth James, shall provide all management, supervision, personnel, training, equipment, and supplies. So if you were to just stop right there, it sounds pretty bad, right? It makes it sound like the contractor had the discretion to do whatever they want in order to accomplish the goal of getting these soldiers, you know, where they needed to go. But the problem is, if you look at it, the government just couldn't leave it well enough alone. You know, it had to, it couldn't take any chances, I should say. Because in Paragraph 1.1 it says, Except as provided herein. And so, for example, when the government says, The contractor shall provide all the equipment except for the bus to transport the soldiers, the fuel, the training equipment to train Mr. James on how to drive the bus, the desk, the chairs, the computer equipment, a place to work, credit cards for the bus, pretty much, you know, we put in an affidavit that the government supplied 95% of all the equipment. So when the contract says, The contractor is to provide all the equipment except for 95% of the equipment. And so the same goes for training. This seems to me to be a very crucial part of the analysis because we're talking about driving a bus. And there's no feasible way, really, to have a government agent sitting next to the bus driver telling him when to turn left, turn right.  train them how to use the equipment. And if they do something wrong, get in an accident, have them write a report on what went wrong. So in this case, the government says that the contractor is supposed to provide all the training. But then if you look at the exceptions, Section 3.10.1 of the Performance Works Statement says that before Kenneth James could even step foot on the government's bus, it had to take a defensive driving course, which is a two-hour block conducted each Wednesday by the Installation Safety Office, which means that it's done by the government. And they must attend that prior to being licensed, which, by the way, the license was issued pursuant to the authority of the base commander, or operation of the bus. And it's done with the government equipment, including the software, the widescreen TVs at the base, pedestals, the whole thing. That's in Exhibit 3-2 of the Performance Works Statement. I'm sorry to interrupt you with the jurisdiction question. But if we lack jurisdiction to review the remand order, how do we have jurisdiction to review the order dismissing the third-party claims against the United States? And even if we have jurisdiction to review those claims, why shouldn't the dismissal be without prejudice? That's sort of a friendly question. Thank you, Your Honor. First of all, I think the dismissal could be without prejudice. First, let me get to the jurisdiction. When we sued the United States, the third-party demand, that gave the district court jurisdiction. I think the case law is pretty clear on that. Okay. So if we believe that Reagan case applies to give jurisdiction over the ‑‑ It's arguably distinguishable, but you're piggybacking onto a non-jurisdictional claim. But assuming you can piggyback onto one that there's no jurisdiction over, I'll go with you there. Okay. And so if I understand your honors, let me just kind of give a review of what happened. When I removed it, it was pursuant to Section 1441, federal question, right? The idea being that under the FTCA, that the issue, you know, Mr. James either is or is not a government employee. You know, that's something for the court to decide. And so I got dinged for it because I didn't seek certification first from the district attorney. Or excuse me, the attorney general. And so Judge Drell allowed me to go ahead and request certification. Pending that, we waited for the attorney general to respond to it. Now, what I would say is, and I think that's been acknowledged by the Applees and their underlying briefs, is this whole issue of whether Mr. James is or is not a federal or a government employee is almost identical to the 1442 question of whether he is or is not a federal officer or agent. But we're not going to look at the 1442 question because we don't have jurisdiction over that. Okay. Because this wasn't removed pursuant to 1442. So we cannot do 1442. That's not in our place. Okay. Right? Do you agree with that? Well, Your Honor, I would say that it's, you're right, I did not articulate the words 1442. I have to concede that. I would say, though, however, that the issues of 1442, federal agent, are very similar, if not identical, to the federal question issue of whether Mr. Right. You're saying it may be similar factually or require the same things, but we technically can't do that analysis because it wasn't removed pursuant to 1442 under 1447D. Well, what I would say, Your Honor, is I acknowledge those cases in the statute that says that I should have gotten attorney general certification first. However, this is the one part of Judge Drell's decision I did agree with, where he said, you know, just pursuant to, so you're not bouncing back down and coming back up. He allowed jurisdiction to remain, and I believe, if memory serves, that I did cite some Fifth Circuit cases that allowed the district court to go ahead and address the federal question. Reagan. Okay. Maybe I'm wrong, but that's, go ahead. All right. So go ahead and tell me why it should not be dismissed without prejudice rather than dismissed with prejudice. I mean, I'm actually, it's a positive thing for you. Okay. I think a dismissal without prejudice is fine. But once he decided that James was not an employee, then didn't that destroy jurisdiction over him? Well, he did it at the same time that he dismissed third-party demand against the United States. So it happened simultaneously. Right, but if there's no jurisdiction over it, then it can't be decided as a matter of law binding dismissal without prejudice. So I guess I should talk to the government. I should talk to the government about that. Okay. But go ahead. Do you still want me to stay on that point, Your Honor? You can talk about whatever you want to talk about. Okay. I want to focus on, you know, get back to the primary issue of whether Mr. James, the government had control over Mr. James and the manner he did his work. I mean, you know, the whole idea behind an independent contractor is you don't care so much about how they do their work. You care about the result. So, for example, in one extreme example, the government really shouldn't care how those 40 soldiers got to the military charter airport. They should really only care that they got there on time. In more of an employee situation, you would care about how they get there, the manner in which they get there, and you want to have the control over the way that they do it. Well, what about supervision as far as were there supervisors who supervised his work? Okay. So I believe Your Honor is referring to the part of the contract that talks about the supervisors. Well, not necessarily the contract, but did LBM have supervisors that in any way supervised his work? Well, Your Honor, it kind of depends on what work you're talking about. Driving the bus or anything about driving the bus or what time he had to be at work or when his days off were and when his vacation was and so forth. I think there's a little bit of some of both. That comes into the analysis. I haven't seen any evidence, I don't think there's anything in the record, that said Mr. James had to work a certain shift in terms of time on, time off, that sort of thing. If he was sick and couldn't go to work, who would he call? You know, that information is not in the record. What I do know, Your Honor, is he couldn't just pick somebody of his choosing. They had to be pre-approved by the government. That I do know is in the record. The difficulty with that is the case law that was heavily relied on by the magistrate, the district court, and opposing counsel, the Supreme Court cases, Orleans and Logue, and you only cited one of them in one clause in your entire brief. But those cases, I thought, stand for the broad proposition that, of course, the government's going to describe specifications and regulations, but the question we're asking is did they physically supervise? And so if they contract with someone else to physically supervise, even if they have highly detailed regulations, that law would suggest it's not an employee. Well, Your Honor, this is where I don't mean to answer a question with a question. It kind of depends about the work that you're talking about. You know, I raised certain things that the government did control. For example, dress, lunch break, that sort of thing, and I kind of got dinged for it being a peripheral issue. So what I can say is that for the substantive issue about the action that caused the accident, it's obviously impossible to have somebody sitting in the bus. So what about the supervision of the actual stuff that matters, the training to drive the bus, the updated training to drive the bus, and then what happens afterwards? If you wreck the bus, you have to write a report. That, Your Honors, I believe we do have evidence that the government obviously controlled that. Is our standard of review a review clear error here? Your Honor, I think it's a de novo review is my understanding. Well, 12b-1, you know, that's the motion, and so the judge can find facts under 12b-1. Correct, Your Honor. I assume he did, and so that would indicate to me that clear error is the standard of review. Your Honor, you know, my understanding is that it's de novo, that this Court can, you know, review the facts as set forth in the record. I'm not sure that it is clear error. Wasn't this a 12b-1 motion, though? Yes. That's correct, Your Honor. Which of those facts that he found do you contest? Okay. So the facts, I'm glad you asked that. That gets back to the performance work statement. My review of Judge Drell's ruling is, you know, I kind of call it a subheading deal where he is citing bad language for me in the performance work statement that says that the contractor controls things, hiring project managers that we're supposed to do. We have to develop a safety plan. You know, all of those I recognize. The problem is, and what we contend, is if you do a deep dive into that contract, everywhere you see one of those conclusory sentences and, you know, for example, develop a safety plan, it sounds pretty bad. The contractor is supposed to be the one who develops a plan on what you, you know, how you drive the various vehicles, what you do to prevent accidents. The problem is if you go under that, and that's Section 1.8, the Army, or excuse me, the government, you know, just can't stand anything to chance, so they cite a variety of Army regulations, the first one being Army Regulation 385-10, which I believe is in the public domain, and it's, you know, it says the contractor is supposed to develop the safety plan subject to Army Regulation 385-10, which is the Army safety plan, which is a 125-page book, which covers everything from securing of loads to transporting of personnel to writing accident reports. So that's where we contend, Your Honor, is the error, is you can't just look at the headings. You have to go further down. I'd like to save time for rebuttal. All right. Mr. Roy? Good afternoon, Your Honors. Chris Roy, Jr., on behalf of the Bar List. What are the points that you are going to argue today? I was about to get to that, Your Honor. Basically, I'm going to argue the jurisdictional issue, whether or not the district court ever had jurisdiction to decide the third-party demand in the first place, and then whether or not this court even has jurisdiction to hear the remand and or the third-party demand. And Ms. Williams, I think, was going to argue the point raised by counsel about the contract itself. So starting out, I would say all of this could have been avoided from the very beginning had the Westfall Act been followed by the government. Judge Elrod, you asked an important question. The Westfall Act itself gives, I think, the answer to your question under D-2 and or D-3. Under D-3, if, in fact, the court decides that there's not going to be a certification, and I'm kind of digressing. We have to go back to Osborne v. Haley to some extent, too. But under D-3, if the federal judge decided, and again, I don't know whether he should have ever gotten there in the first place. I think more than likely, once there had not been the original certification asked for by this person, and tellingly, they asked for it in the middle of the case, and then at that point, the magistrate judge then pre-termitted my remand, where I think the remand should have been done right away. And then getting back to my original point, Your Honors, at that point, the Westfall Act then provides, perhaps they could have come in, the employee, not the insurer, not the employer. The employee could have come in and then asked for the certification itself. That never happened here. In fact, it then, the judge then got to the third-party demand, and for the reasons that the third-party demand is still, the denial of the third-party demand was based on a jurisdictional issue. Lack of federal tort claims act, because the Westfall Act wasn't followed, therefore, he couldn't have heard that, and then even if you give him that he did, it's still a jurisdictional issue, so that separate order doesn't apply to Regan. Regan is inapplicable to this case. It's distinguishable because in Regan and all those other cases, there was original federal court jurisdiction somehow. That didn't – We don't distinguish Regan. Do you agree that to do the least harm, given the procedural posture we're in, we should dismiss without prejudice because it's a 12B1 and you can't dismiss with prejudice on a 12B1? Possibly so, and I guess perhaps the Westfall Act, by giving them the right to then petition the court, but that should have been in state court, and I think one of the court opinions I've read says that the state court is just as likely to be able to determine that issue. Well, they can do it in state court. They can do a dismissal without prejudice. It doesn't bind the state court on the issue. Your Honor, you know, frankly, I think – That's what you should do on a 12B1 anyway. You know, frankly, I just thought from the very beginning that the court should not have even heard the 12B1 motion, and I think maybe that's led to what, you know, some of the concerns are here. In my judgment, there should have been a remand sua sponte right off saying you didn't follow Westfall dictates. I mean, the way this is going, it's an end around of Westfall, which would basically eviscerate the holding of Westfall, and I go back to the Osborne v. Haley. This is a different animal. When you talk about Westfall and there being an appeal lying from there when, in the Osborne case, there was actually the government had certified, then the federal court said no, and then the appeal lies. So I'm still not sure. In your perfect world, we would distinguish Brigham and say that it should never have been considered at all, and therefore it's dismissed without prejudice, that claim, or else we don't have jurisdiction to decide it just like we don't have – we would have no jurisdiction to decide that issue just like we have no jurisdiction to decide the remand. That would be your perfect decision. Right. I think – and I think Osborne v. Haley in footnote 17 addresses that exact issue where there has been no original certification. It basically says at that stage, no, remand has to happen. The statute itself says it has to happen, and even though the court may have inadvertently ruled on a third-party demand that it shouldn't have, I still think the best remedy at this stage of the proceedings is everything is remanded because there's a lack of jurisdiction for the – What if we don't distinguish Reagan? If you don't distinguish Reagan, then I guess Your Honor's point of it having to be without prejudice would fall within line of what the Westfall Act says by giving them a remedy to then seek judicial review of that certification or not certification. I think the facts of the case are ultimately, based on the contract itself, are ultimately going to fall that it's a – it's really an exercise in futility because the contract is so clear that there was no control by the government whatsoever to – For the wrong reason, I still think the trial judge got it right by holding that the third-party demand was not proper under the contract. I just, again, don't think he ever had the jurisdiction to be able to do that. So I understand what Your Honor is saying that – Why he didn't have jurisdiction because the removal petition wasn't specific enough? Well, the – first of all, you were right about the federal question, and they brought that up now. Because under the Westfall Act, they had to ask for AG certification, and when they didn't, that destroyed their basis for removal in the first place. There was never – I don't think there's a way to just say federal tort claim when I didn't – type of claim being made. It was totally a state cause of action against a nondiverse defendant. So – But aren't there a lot of cases where a government employee is sued in state court and so that employee comes in and removes, even though the state court petition didn't say anything about federal question? But, yes, but then you have to – well, if it's alleged that it's a government employee, then it's original jurisdiction right away, and you never even have to – in this case, it was not alleged he was a government employee. So, therefore, the Westfall Act was invoked at that point. I think the distinction in all of those cases and in all of the cases in which the courts have taken up an appeal of a collateral issue have to do with cases in where there was an original federal court jurisdictional claw or book that you can get, and then later the court dismissed those federal court issues, but then declined to either file a pendant or supplemental jurisdiction, and that's how they got to the point of some of the cases like Waco and – or Doliac and Regan and possibly Janina. And this is the opposite, because there wasn't original. That was added after. To Your Honor, to Judge Davis's point exactly. That's – I think that's the point I was trying to make. The federal question was first raised in the removal petition. That's correct. That's correct. And certainly 1442 was never raised, so I'm not going to even go there. But there were allegations that – couldn't you infer from the allegations that it was – that this was the basis of the removal? Well, I guess you could, but then I get back to some of your later – your pronouncements on 1442 just recently in the Savoy case, and I think you have to go into a whole different analysis of whether 1442 would even apply even if you gave it, because, again, the federal government didn't direct this person, and there was no particular federal remedy under 1442, in my judgment, that to – you know, let's say you said, well, some of it, it's kind of similar, therefore we can hear it. Again, I think, like Judge Elrod said, that without putting it in the removal petition itself and the removal – I copied those last night, actually – and without putting it in your removal civil cover sheet, you're bound by those that are in there. What do you want us to do? I think the best thing to do is, you know, maybe correct how this was done procedurally but then find that the court never had jurisdiction to hear the third-party demand, nor did it have jurisdiction to even hear this appeal because, regardless, the court got it right on the remand, and if the remand was based on a jurisdictional issue, then there is no jurisdiction for this court to hear the appeal. Okay. Thank you very much. Thank you all. All right. Ms. William-Daltony. May it please the Court. The motion to dismiss third-party demand filed on behalf of the government in this case focuses on how the language of the DST contract dispels the argument that the Federal Government exercised the requisite control over Kenneth James' daily work such that he would be converted from an independent contractor to a United States employee under the Federal TARTS Claim Act. The government would like to reiterate that the contract at issue here, including the performance work statement that is heavily cited by counsel for a third-party plaintiff, charges the contractor, in this case DST and its subcontractor, LBM, with the responsibility of daily supervisory duties such as hiring management for its workers, bus drivers, providing supplies and equipment that are not otherwise furnished by the government, and also putting in place training programs. Third-party plaintiffs highlight factors such as the government providing vehicles, workspace, and other items for contractor use. Yet as cited in the magistrate's report and recommendation, which was ultimately adopted by the court, the contract also provides that the contractor is responsible for maintaining the vehicles and the workspace. So here what we have is an important distinction between the government imposing standards and guidelines and protocol to which the parties to these contracts must adhere versus exercising control over how the standards or the processes are carried out. And I believe that is why the case laws such as Arlene's and a recent decision that this Court has cited, Mantiply, support the government implementing requirements for the contractor's licensing and training and even background checking. What is the recent case that we decided following Arlene's? Is that in your brief? It is. Mantiply? What's the name of it? Mantiply. Mantiply. Mantiply, yes. It had to do with a VA doctor. If we agree with you that the decisions in Arlene's and Logue and Mantiply support the holding that James was an independent contractor notwithstanding the standards and regulations, what result? I think the correct result was reached. The United States was—the third-party demand against the United States was dismissed. Okay, but should it be a dismissal without prejudice because we can't—we've said in cases that a dismissal with prejudice is a final judgment on the merits. To dismiss with prejudice under 12B1 is to disclaim jurisdiction and then to exercise it. So I'm concerned that we should modify it or remand to make it without prejudice. Do you have a comment on that? Well, Your Honor, I would respectfully disagree. I think that— Do you have a case that would tell me that that's wrong? Not at this time. Okay. But perhaps, you know, the nature of the issue decided. You know, the finding of no employee-employee relationship isn't necessarily going to change in the circumstance being that the contract is in place the way it is. In other words, if this had been a 12B6 motion, this would be a dismissal with prejudice, would it not? Because there can be no case against the government otherwise, but it wasn't a 12B6, so— No, it was not. Can we call it a 12B6 when it wasn't? Your Honor? I do not believe so. It's a jurisdictional issue under the federal tort claims. So if we leave—if the government is technically still subject to suit in state court, I mean, where are we going to go from there? I'm not sure I understand Your Honor's question. Well, if it's dismissal without prejudice, I mean, the reason you would do that would be to allow the plaintiff to pursue the case, presumably in state court since it's remanded. You can't sue the government in state court, can you? I would imagine the case would be removed again. It would be dismissed again. I mean, maybe we've got another step to go. This is an interesting civil procedure problem for law students, I think. Judges and lawyers, too. True. If I may return to my discussion of the contract. Sure, go ahead. Also, you know, you have third-party plaintiffs' argument regarding collective bargaining agreements and participation in such agreements somehow allowing the government to influence contract to compensation where it's clear from the record and from Mr. James' discovery responses that he was paid directly by LBM, not by the government and not by the prime contractor, DST. So contrary to what counsel for third-party plaintiffs has recited, the language of the contract clearly establishes that the government did not exercise control over Mr. Kenneth James' daily work activities, and the government would ask that the lower court's ruling be affirmed. Okay. Thank you very much. Okay, Mr. Cooper, back to you. Thank you, Your Honors. Mr. Cooper, what do you want us to do? Well, Your Honors, I want you to reverse the ruling of the district court and rule that Mr. James was an employee of the government for purposes of the FTCA. And allow the case to proceed. That's correct, Your Honor. I mean, the way it stands now, he's a live defendant in the state court, right? Correct, Your Honor. Go ahead. Okay. So let me just say a few words, and I'll be happy to entertain any follow-up questions you have on the removal and that sort of thing. But one point I did want to make is in the FTCA, it almost invites analogy to private parties. I think the words are in there, treat the United States as if a private party. And so I did, you know, I was thinking of analogies because, you know, I've read the cases in terms of people in my position, and I'll tell you, there's not a ton of them in my favor where you have somebody who's trying to get employee status. I recognize the position. But if you're to treat the government as if a private party, which, you know, I'm going to accept the invitation and present an analogy. So let's say instead of the federal government, you had a private citizen or a private party like Walmart. They have a lot of employees. They have hundreds of them up in Bentonville. So if this was a, if Mr. James was driving a bus owned by Walmart, full of Walmart employees going from one Walmart location to another Walmart location, Walmart trained him, Walmart paid for the fuel, Walmart made him write an accident report after the accident, I think most people would probably come to the conclusion that they, you know, had the authority to exercise control of him. He was probably an employee. And so I think that's a fair analogy for this case. Does that hypothetical assume a direct hire? Is it like the FedEx cases or is it assuming multiple intervening? I would suggest, you know, we'll go for the multiple intervener because that's what we have in this case. But the FedEx cases that you gave us were direct hires. No question, Your Honor. But it's not going to change the fact. And I realize that there's a, I call it a barrier or a wall there, you know, a separation. Then the question becomes how thin is that supervision? Because the ultimate question is who's really the boss here? Just because the real boss may hire somebody who hires somebody else who hires somebody else, if all the communications and the directions are coming from the top guy, then I think the factors of who's really in control, who's got the authority to control the details, you know, that's why, yes, it's important to know and, you know, those various walls. But overall, I think it's, you know, if you look at who's really in control here, it's the government, as they should be. I mean, we're talking about. Using the factors that have been identified, instead of the word control, director, daily, physical supervision, which factor is your most significant as to physical supervision of him as a bus driver? Okay, Your Honor. I'm glad you brought that up. I would like to first, I'm going to answer the question. I would like to first make a distinction because I did pick this up in Judge Drell's ruling and a couple of the other decisions. All of them kind of talk about, hey, the critical factor is the authority to control. But when they ruled against me, they cited lack of direct physical supervision, which is a constriction of the test, right? Certainly, evidence of direct physical supervision is evidence of control. But test is not, or that critical test is not evidence of direct physical supervision. It's who has the power to exercise it. Now, to answer your question, my best factors are going to be the performance work statement and particularly those provisions that I cited on the training of the bus drivers because I think that's critical in terms of the accident that's involved here. Particularly sections 3.10, 3.10.1, and then here's a long one, 1.4.4.3.2, which basically says that all operators of the government vehicles have to complete an Army accident avoidance online course using Army computers. I think that shows control. I think the fact that for this particular transportation of the soldiers, Mr. James was directed to pick them up at a specific location at the Army base, this warrior spot forward, at 0435. The flight didn't leave until 830. I mean, as a funny aside, you know, they're directing the time they're supposed to pick them up, four hours before the flight leaves, where he's supposed to pick them up. They give them the training to do it. They pay for the fuel. They give them the bus. And then when he has an accident, they make him write a report. Did they say the route he has to take? They did not say the route, Your Honor. In fact, they can't say the route in the contract. I mean, because they're not able to say how he provides the transportation services. Well, if we're talking about the route, there's only one to choose from. It's a straight shot down LA-28. But if, Your Honor, if the question is did the Army abdicate their authority to control how its soldiers are being transported during an active-duty deployment, I would suggest, Your Honor, that I didn't see that in the contract. And I would be skeptical of that proposition. Thank you, Your Honor. Thank you, counsel. We appreciate your arguments, and that completes it.